Daniel G. Sheldon (SBN 166793)
dsheldon@ssnlaw.com
Todd F. Nevell (SBN 170054)
tnevell@ssnlaw.com
SCOLINOS, SHELDON & NEVELL LLP
225 South Lake Avenue, Suite 200
Pasadena, California 91101
Telephone: (626) 793-3900
Facsimile: (626) 568-0930

Attorneys for Plaintiff CORINNE BOHRER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE BOHRER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a governmental entity; CITY OF LOS ANGELES, DEPARTMENT OF AIRPORTS, also known as LOS ANGELES WORLD AIRPORTS, a governmental entity; and DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-10263-SPG-BFM<br><br>Assigned to the Hon. Sherilyn Peace Garnett<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Current Conference Date: 3/18/2026<br>Complaint Filed: 10/24/2025 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: _____MAY 22___, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

- 1 -

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____, declare under penalty of perjury that I have read and understand the Stipulated Protective Order entered in this action. I agree to comply with and be bound by all terms of the Order. I consent to the jurisdiction of the United States District Court for the Central District of California for purposes of enforcing the Order.


Date: _____

Signature: _____

- 2 -

STIPULATED PROTECTIVE ORDER